# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 10, 2017

Clerk
United States Court of Appeals
  for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257-2505

     Re: **Ray White, et al.
v. Daniel T. Pauly, as Personal Representative of the Estate
of Samuel Pauly, Deceased, et al.,
No. 16-67 (Your docket No. 14-2035)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

                      Sincerely,

                      SCOTT S. HARRIS, Clerk

                      By *[signature]*
                      Hervé Bocage
                      Judgments/Mandates Clerk

Enc.
cc:    Mr. Mark Daniel Standridge, Esq.
       Mr. Pierre Levy, Esq.

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 10, 2017

Mr. Mark Daniel Standridge, Esq.
Jarmie & Associates
P. O. Box 344
Las Cruces, New Mexico 88004

   Re: Ray White, et al.
     v. Daniel T. Pauly, as Personal Representative of the Estate
     of Samuel Pauly, Deceased, et al.,
     No. 16-67

Dear Mr. Standridge:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Tenth Circuit. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

  The petitioners are given recovery of costs in this Court as follows:

   **Clerk's costs:**   $300.00

  This amount may be recovered from respondents.

            Sincerely,

            SCOTT S. HARRIS, Clerk

            By *[signature]*
            Herve' Bocage
            Judgments/Mandates Clerk

cc:  All counsel
    Clerk, USCA for the Tenth Circuit
      (Your docket No. 14-2035)

# Supreme Court of the United States

No. 16-67

RAY WHITE, ET AL.,

Petitioners

v.

DANIEL T. PAULY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
SAMUEL PAULY, DECEASED, ET AL.

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Tenth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners Ray White, et al. recover from Daniel T. Pauly, as Personal Representative of the Estate of Samuel Pauly, Deceased, et al. Three Hundred Dollars ($300.00) for costs herein expended.

January 9, 2017

**Clerk's costs:** $300.00



A True copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: