FILED
United States Court of Appeals
Tenth Circuit

November 28, 2017

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| DANIEL T. PAULY, as personal representative of the estate of Samuel Pauly, deceased, et al., | |
| Plaintiffs - Appellees, | |
| v. | No. 14-2035 |
| RAY WHITE, et al., | |
| Defendants - Appellants, | |
| and | |
| STATE OF NEW MEXICO DEPARTMENT OF PUBLIC SAFETY, | |
| Defendant. | |

_____

**ORDER**
_____

Before **PHILLIPS**, **SEYMOUR**, and **MORITZ**, Circuit Judges.
_____

This matter is before the court on Appellants' Opposed Motion to Correct Opinion. The motion is denied.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk